# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-404-290**
Effective Date of Registration:
May 25, 2024
Registration Decision Date:
July 19, 2024

## Title

| | |
|---|---|
| **Title of Work:** | VA75-Prismatic Flutter |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | January 26, 2022 |
| **Nation of 1st Publication:** | China |

## Author

- | | |
  |---|---|
  | **Author:** | Wenjie Xie |
  | **Author Created:** | 2-D artwork |
  | **Work made for hire:** | No |
  | **Citizen of:** | China |
  | **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Wenjie Xie |
| | bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China |

## Certification

| | |
|---|---|
| **Name:** | Wenjie Xie |
| **Date:** | May 25, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
## VA 2-408-203
**Effective Date of Registration:**
May 24, 2024
**Registration Decision Date:**
August 17, 2024

## Title

| | |
|---|---|
| Title of Work: | VA58-Luminous Lepidoptera |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2022 |
| Date of 1st Publication: | January 26, 2022 |
| Nation of 1st Publication: | China |

## Author

| | |
|---|---|
| Author: | Wenjie Xie |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | China |
| Domiciled in: | China |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Wenjie Xie |
| | bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China |

## Certification

| | |
|---|---|
| Name: | Wenjie Xie |
| Date: | May 24, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
## VA 2-404-270
**Effective Date of Registration:**
May 25, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title
      **Title of Work:** VA68-Radiant Flight

## Completion/Publication
      **Year of Completion:** 2022
      **Date of 1st Publication:** January 26, 2022
      **Nation of 1st Publication:** China

## Author
-       **Author:** Wenjie Xie
      **Author Created:** 2-D artwork
      **Work made for hire:** No
      **Citizen of:** China
      **Domiciled in:** China

## Copyright Claimant
      **Copyright Claimant:** Wenjie Xie
      bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China

## Certification
      **Name:** Wenjie Xie
      **Date:** May 25, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
## VA 2-404-284
Effective Date of Registration:
May 25, 2024
Registration Decision Date:
July 19, 2024

## Title

- **Title of Work:** VA61-Gleaming Wings

## Completion/Publication

- **Year of Completion:** 2022
- **Date of 1st Publication:** January 26, 2022
- **Nation of 1st Publication:** China

## Author

- **Author:** Wenjie Xie
- **Author Created:** 2-D artwork
- **Work made for hire:** No
- **Citizen of:** China
- **Domiciled in:** China

## Copyright Claimant

- **Copyright Claimant:** Wenjie Xie
  bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China

## Certification

- **Name:** Wenjie Xie
- **Date:** May 25, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



Registration Number
**VA 2-408-236**
Effective Date of Registration:
May 24, 2024
Registration Decision Date:
August 19, 2024

## Title

Title of Work: VA55-Precious Wings

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: January 26, 2022
Nation of 1st Publication: China

## Author

- Author: Wenjie Xie
  Author Created: 2-D artwork
  Work made for hire: No
  Citizen of: China
  Domiciled in: China

## Copyright Claimant

Copyright Claimant: Wenjie Xie
bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China

## Certification

Name: Wenjie Xie
Date: May 24, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
## VA 2-404-288
**Effective Date of Registration:**
May 24, 2024
**Registration Decision Date:**
July 19, 2024

## Title

**Title of Work:** VA52-Crystalline Butterflies

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 26, 2022
**Nation of 1st Publication:** China

## Author

- **Author:** Wenjie Xie
  **Author Created:** 2-D artwork
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Wenjie Xie
bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China

## Certification

**Name:** Wenjie Xie
**Date:** May 24, 2024

