IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENJIE XIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:25-cv-00265 |
| v. | ) |
| | ) |
| GUANHE HOME ESSENTIALS, et al., | ) |
| | ) |
| Defendants. | ) |

**CONFIRMATORY ORDER**

As the Court ordered on the record at the hearing of this date,

1. The Temporary Restraining Order (ECF No. 10) is extended until April 1, 2025 at 3:59 PM (EDT).

2. The hearing to show cause why a preliminary injunction should not issue is scheduled for March 28, 2025 at 1:00 PM (EDT).

3. Plaintiff's Oral Motion to Unseal the Docket is granted in part. The docket shall be unsealed, except for Exhibits B.1, B.2, B.3, B.4, and B.5 to the Complaint (ECF Nos. 2-5 to 2-9). Exhibits B.1, B.2, B.3, B.4, and B.5 to the Complaint shall remain under seal.

4. Plaintiff shall file redacted versions of Exhibits B.1, B.2, B.3, B.4, and B.5 to the Complaint by March 18, 2025 at 5:00 PM (EDT).

5. Defendants shall file any papers in opposition by March 24, 2025.

6. Plaintiff shall file replies to any such papers by March 27, 2025.

7. Plaintiff shall file an updated proposed preliminary injunction by March 26, 2025. At the time of filing, Plaintiff shall also provide Chambers with an editable version of that proposed order.

s/ Mark. R. Hornak
Mark R. Hornak
Chief United States District Judge

Dated: March 17, 2025