IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WENJIE XIE,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**GUANHE HOME ESSENTIALS,** *et al.***,**<br><br>　　　　　　Defendants. | Civil Case No.: 2:25-cv-265 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Wenjie Xie ("Plaintiff"), by and through their counsel, respectfully move this Court for an extension of time to file redacted versions of Exhibits B.1, B.2, B.3, B.4, and B.5 to the Plaintiff's Complaint. In support thereof, Plaintiff states as follows:

1. On March 17, 2025, this Court entered an Order directing Plaintiff to file redacted versions of Exhibits B.1, B.2, B.3, B.4, and B.5 to the Complaint by March 18, 2025 at 5:00 PM (EDT). (ECF 17).

2. Plaintiff is working on redacting sensitive information from the above identified exhibits, including any credit card number digits. However, Plaintiff submits more time may be required to complete this direction.

3. Plaintiff requests a 24-hour extension, until March 19, 2025 at 5:00 PM (EDT) to file redacted versions of Exhibits B.1, B.2, B.3, B.4, and B.5 to the Complaint.

4. No Defendants have appeared, and as a result, Plaintiff has not conferred with Defendants regarding their position on this Motion.

5. This Motion for Extension of Time is Plaintiff's first extension request.

6.  This request is made for good cause and it will not prejudice any party.

WHEREFORE, Plaintiff respectfully moves this Court for a 24-hour extension, until March 19, 2025 at 5:00 PM (EDT), to file redacted versions of Exhibits B.1, B.2, B.3, B.4, and B.5 to the Complaint

DATED: March 18, 2025                                    Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*